### ALABAMA POWER CO. v. CITY OF SHEFFIELD et al.
8 Div. 668.

Supreme Court of Alabama.
June 7, 1935.

Andrews & Almon, of Sheffield, and Martin, Turner & McWhorter, of Birmingham, for appellant.

Stockton Cooke, Jr., of Sheffield, for appellees.

PER CURIAM.

Appeal dismissed by appellant.